417 A.2d 768

Commonwealth v. Keith, Appellant.

Submitted March 12, 1979. Peter J. Mangan, Assistant Public Defender, for appellant; John A. F. Hall, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and MONTGOMERY, JJ.

The judgment of sentence of the lower court is hereby affirmed.

417 A.2d 768

Commonwealth v. Kline, Appellant.

Submitted June 12, 1978. Lois B. Anderson, Assistant Public Defender, for appellant; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., dissented.

JACOBS, former P. J., did not participate in the consideration or decision of this case.